UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT GEORGIA

**In re:**

                                                  **Bankruptcy Case No. 11-41973**

**FIA Card Services, N.A.,**

      **Plaintiff,**

**v.**

**Krista Coggins Dunning,**

      **Defendant.**

CERTIFICATE OF INTERESTED PARTIES
S.D. Ga. LR3.2

**The undersigned, counsel of record for FIA Card Services, N.A., certifies that the following is a full and complete list of the parties in this action:**

**Name**                    **Identification & Relationship**

**FIA CARD SERVICES NA**        **Plaintiff**

**Krista Dunning**                **Defendant**

**The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):**

**Name**                    **Identification, Relationship & Interests**

      **Parent Corporate/ Affiliate Name: <u>Bank of America</u>**
      **Relationship with Named Party:  <u>FIA is now a subsidiary of Bank of America</u>.**
      **<u>Bank of America is publicly traded on the NYSE as BAC</u>**

                                                **By:  /S/ELIZABETH H PARROTT**
                                                **Elizabeth H. Parrott 750965**
                                                **Attorney at Law**
                                                **P.O. Box 23408**
                                                **Nashville, TN 37202**
                                                **Phone: 615-742-9220**

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** |
|---|---|

| **PLAINTIFFS** FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.) | **DEFENDANTS** KRISTA COGGINS DUNNING |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Elizabeth H. Parrott<br>Weinstein & Riley, P.S.<br>P.O. Box 23408<br>Nashville, TN 37202<br>615-742-9220 | **ATTORNEYS** (If Known) MARK A. BANDY<br>ATTORNEY AT LAW<br>102 BRANDYWINE RD<br>SAVANNAH, GA 31405<br>912-507-9873 |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
**Claim for Nondischargeability of Debt pursuant to § 523(a)(2)**

### NATURE OF SUIT
(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11- Recovery of money/property - §542 turnover of property
☐ 12- Recovery of money/property - §547 preference
☐ 13- Recovery of money/property - §548 fraudulent transfer
☐ 14- Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21- Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31- Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41- Objection / Revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51- Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a),(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2) false pretenses, false representation, Actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability – other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive relief – reinstatement of stay
☐ 72- Injunctive relief – other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91- Declaratory Judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01- Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78AAA *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law. | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $3,906.00 |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTORS<br>KRISTA COGGINS DUNNING & WILLIAM M. DUNNING, JR. | | | BANKRUPTCY CASE NO.<br>11-41973 |
| DISTRICT IN WHICH CASE IS PENDING<br>SOUTHERN | | DIVISIONAL OFFICE<br>SAVANNAH | NAME OF JUDGE<br>LAMAR W. DAVIS JR. |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/S/ELIZABETH H PARROTT | | | |
| DATE<br>11/23/11 | | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Elizabeth H Parrott 750965 |

## INSTRUCTIONS

The filing of the bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is field electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on our court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties.** Give the name of the parties to the adversary proceeding exactly as they appear on the complaint. Give the names and addresses of the attorneys if known.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re:<br><br>Krista Coggins Dunning & William M. Dunning, Jr.,<br><br>　　Debtors. | Bankruptcy Case No.  11-41973 |
| FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.),<br><br>　　Plaintiff,<br><br>v.<br><br>Krista Coggins Dunning,<br><br>　　Defendant. | ADV. NO.<br><br>**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS**<br>**(11 U.S.C. § 523)** |

　　COMES NOW Plaintiff, by and through its attorney of record, Elizabeth H. Parrott, to allege and complain as follows:

## I.  PARTIES AND JURISDICTION

1.　Plaintiff is a foreign corporation licensed to do business in the State of Georgia with all fees and licenses paid, and otherwise is entitled to bring this action.

2.　Defendant filed a Chapter 7 bankruptcy petition on 09/22/2011.

3.　Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core proceeding.

4.　Plaintiff is a creditor in this bankruptcy proceeding.

## II. CAUSE OF ACTION

5.　Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 4, above.

6. Defendant had a charge account with FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.), Account No. XXXXXXXXXXXX9272.

7. Defendant incurred charges and cash advances on this account totaling $4,825.12, including interest, as of 09/22/2011 the date the bankruptcy petition was filed.

8. Between 07/09/2011 and 09/04/2011 Defendant accumulated $3,906.00 in retail charges.

9. $3,906.00 of these transactions were made within the presumption period pursuant to 11 USC §523(a)(2)(C).

10. As a result of the above activity, the account credit limit was nearly exhausted.

11. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

12. By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on the account, Defendant represented an intention to repay the amounts charged.

13. Plaintiff reasonably relied on the representations made by Defendant.

14. Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

15. Defendant obtained credit extended from Plaintiff by false pretenses, false representations and/or actual fraud.

16. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $3,906.00.

17. Pursuant to 11 USC § 523(a)(2), Defendant should not be granted a discharge of this debt to the Plaintiff in the amount of $3,906.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $3,906.00, plus accrued interest at the contractual rate from and after 09/22/2011, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3. An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED __11-23_____, 2011.

/S/ELIZABETH H PARROTT
ELIZABETH H PARROTT (TN 018420, GA 750965, NC 34704)
WEINSTEIN & RILEY PS (NC permit 103431)
PO Box 23408
Nashville TN  37202
ehplaw1@birch.net/lizp2@w-legal.com
615-742-9220
615-770-9906 (Fax)

Elizabeth H. Parrott
Weinstein & Riley, P.S.
P.O. Box 23408
Nashville, TN 37202
Phone: 615-742-9220

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AT SAVANNAH

| | |
|---|---|
| In re:<br><br>Krista Coggins Dunning & William M. Dunning, Jr.,<br><br>    Debtors. | Bankruptcy Case No. 11-41973 |
| FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.),<br><br>    Plaintiff,<br><br>v.<br><br>Krista Coggins Dunning,<br><br>    Defendant. | ADV. NO.<br><br>**CERTIFICATE OF SERVICE** |

I certify that I am over the age of 18 and not a party to this action, and that on _11-23_,

2011, I sent by first class mail, postage prepaid, a true and correct copy of the Complaint

Objecting to Dischargeability of Indebtedness to the parties/attorneys listed below:

| | |
|---|---|
| Krista Coggins Dunning<br>207 W. 43rd St.<br>Savannah, GA 31401 | Mark A. Bandy<br>Attorney At Law<br>102 Brandywine Rd<br>Savannah, GA 31405 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11-23-11                                           _/S/ELIZABETH H PARROTT___
                                                                                   Signature
                                                                                    Printed Name   Elizabeth H Parrott